IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:10-00090 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| RAPHEAL JUNQUEIRA, | ) | |
| Defendant. | ) | |

# ORDER

Upon the Government's motion to dismiss (Docket Entry No. 140), the indictment against the Defendant Rapheal Junqueira is **DISMISSED with prejudice** given the Defendant's compliance with the terms of the parties' agreement (Docket Entry No. 1907).

It is so **ORDERED**.

ENTERED this the 26th day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court